374 A.2d 721

Lancaster Housing Authority, et al. v. Gardner, Appellant, et al.

Submitted December 10, 1976. Virginia S. Criste and Alan Linder, for appellant; Alfred C. Alspach, for appellee; Murray Gerstenhaber, for American Mathematical Society, *amicus curiae.*

OPINION PER CURIAM: AND NOW, May 27, 1977, the order of the court below of June 15, 1976, is amended to read *in toto* :

"For the reasons stated in this opinion, the petition of June Gardner to dissolve the attachment in the instant matter is granted and the same is dissolved."

As amended, the order is affirmed.